UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David W. Miller, Diana Miller,

Plaintiffs,

vs.

Dresser Industries, Inc., a Delaware corporation, et al.,

Defendants.

Civil 01-2227 (RHK/JMM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 10, 2001

RICHARD H. KYLE
United States District Judge

FILED DEC 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

David W. Miller, et ux

vs. 01-2227MJD/JGL

Dresser Industries, Inc., et al

The above-entitled matter has been re-assigned to Judge Michael J. Davis and Magistrate Judge Jonathan G. Lebedoff pursuant to an Order of Recusal by Judge Richard H. Kyle. Please note the change in the judges' initials and refer to them when submitting documents to the court for filing.