UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID W. MILLER and
DIANA MILLER,

CIVIL NO. 01-2227 (MJD/JGL)

Plaintiffs,

v.

ORDER

DRESSER INDUSTRIES, INC., et al.,

Defendants.

By Order dated December 10, 2001 [Docket No. 5] this case was reassigned to District Court Judge Michael J. Davis and Magistrate Judge Jonathan G. Lebedoff. Therefore, the pretrial conference previously scheduled before the undersigned for January 7, 2002 is canceled.

Dated: January 3, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK